PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TRACEY ELIZABETH FOX, | Civil No. 2:16-cv-02855-EFB |
| Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE HER MSJ** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 40 days to file her motion for summary judgment. Defendant respectfully requests this extension of time because of a very heavy workload, and because of upcoming extended leave at the end of the year for the holiday season.

Stip. to Extend Def.'s MSJ

1

The new due date for Defendant's MSJ will be Tuesday, January 16, 2018.

Respectfully submitted,

Date: *December 7, 2017*     WEEMS LAW OFFICES

By:   */s/ Robert Weems*
      ROBERT WEEMS
      *\* By email authorization on Dec. 7, 2017*
      Attorney for Plaintiff

Date: *December 7, 2017*     PHILLIP A. TALBERT
      United States Attorney

By:   */s/ Michael K. Marriott*
      MICHAEL K. MARRIOTT
      Special Assistant United States Attorney
      Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

ORDER

APPROVED AND SO ORDERED.

DATED: December 11, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ

2