MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
        160 Spear Street, Suite 800
        San Francisco, California 94105
        Telephone: (415) 977-8985
        Facsimile: (415) 744-0134
        E-Mail: Michael.Marriott@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TRACEY ELIZABETH FOX, | Civil No. 2:16-cv-02855-EFB |
| Plaintiff, | **STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |
| v. | |
| NANCY A, BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

        IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).  The purpose of the remand is to offer Plaintiff a new decision.

Upon remand to the defendant, the Office of Disability Adjudication and Review will remand this case to an Administrative Law Judge (ALJ) with instructions to reassess Plaintiff's impairments, including but not limited to the consideration of fibromyalgia in accordance with SSR 12-2p. The ALJ will take any further action deemed necessary to develop the record, offer Plaintiff the opportunity to submit additional evidence, and issue a new decision. The clerk is directed to enter judgment in plaintiff's favor.

Respectfully submitted,

Date: _February 15, 2018_      WEEMS LAW OFFICES

By:    _/s/ Robert Weems*_
      ROBERT WEEMS
      *By email authorization on February 15, 2018*
      Attorney for Plaintiff

Date: _February 15, 2018_      MCGREGOR W. SCOTT
      United States Attorney

By:    _/s/ Michael K. Marriott_
      MICHAEL K. MARRIOTT
      Special Assistant United States Attorney
      Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED: February 20, 2018.

HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE