ROBERT WEEMS
Weems Law Offices
769 Center Blvd., PMB 38
Fairfax, CA 94930
Phone: (415)881-7653
Fax: (866)610-1430
Email: rcweems@weemslawoffices.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TRACEY ELIZABETH FOX,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | Civil No. 2:16-cv-02855-EFB<br><br>STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Tracey Elizabeth Fox be awarded attorney fees in the amount of eight thousand two hundred and fifty dollars ($8,250.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Tracey Elizabeth Fox, the government will consider the matter of Tracey Elizabeth Fox's assignment of EAJA fees to Robert Weems. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Tracey Elizabeth Fox, but if the Department of the Treasury determines that Tracey Elizabeth Fox does not owe a federal debt, then the government shall cause the payment of fees to be made directly to Robert Weems, pursuant to the assignment executed by Tracey Elizabeth Fox. Any payments made shall be delivered to Robert Weems.

This stipulation constitutes a compromise settlement of Tracey Elizabeth Fox's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Tracey Elizabeth Fox and/or Robert Weems including Weems Law Offices may have relating to EAJA attorney fees in connection with this action.

///

This award is without prejudice to the rights of Robert Weems and/or Weems Law Offices to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,

Dated: June 5, 2018　　　WEEMS LAW OFFICES

By:　*/s/ Robert Weems*
　　　ROBERT WEEMS
　　　Attorney for Plaintiff

ALEX G. TSE
Acting United States Attorney

Dated: June 5, 2018　　　By:　*/s/ Michael K. Marriott*
　　　MICHAEL K. MARRIOTT
　　　Special Assistant United States Attorney

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

## ORDER

It is hereby ORDERED that the parties' stipulation is approved and the June 20, 2018 hearing on plaintiff's motion for attorney's fees is vacated.

DATED: June 6, 2018.

HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

EAJA Stipulation, 2:16-cv-02855-EFB　　　2